U.S. DISTRICT JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AMANDA MCPHERSON, ) | |
| ) | CIVIL NO. 3:19-cv-05522-BHS |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant ) | |
| ) | |

This matter comes before the Court on the Plaintiff's unopposed motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412

The motion is timely as Plaintiff had a 60-day appeal period, plus the 30-day period in §2412(d)(1)(B), from the entry of final judgment on April 15, 2020 to file a timely EAJA application. *Akopyan v. Barnhart,* 296 F.3d 852 (9th Cir. 2002); *Melkonyan v. Sullivan,* 501 U.S. 89, 94-96 (1991); FED. R. App. P. 4(a). Furthermore, upon review of the stipulation and the record, the Court determines that Plaintiff is the prevailing party, the government's position was not substantially justified, and that the itemization of attorney time spent is reasonable. In short, the requirements of § 2412(d)(1)(B) are met.

ORDER FOR EAJA FEES - 1

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org

1    Having thoroughly considered the parties' briefing and the relevant record, the Court
2 hereby GRANTS the motion and awards Plaintiff $7,680.96 in attorney fees, subject to any offset
3 allowed under the Treasury Offset Program. *See. Astrue v. Ratiff,* 560 U.S. 586, 589 – 590 (2010).
4 Payment of EAJA fees shall be sent to Plaintiff's attorney: David Oliver & Associates, 2608 South
5 48th Street, Suite C, Tacoma, WA 98409. Pursuant to *Ratiff*, award shall be payable to Plaintiff's
6 attorneys, David Oliver & Associates, if the Commissioner confirms that Plaintiff owes no debt to
7 the Government through the Federal Treasury Offset program.

   For the foregoing reasons, Plaintiff's motion for attorney fees is GRANTED;

   DATED this 27th day of July, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

S/David P. OLIVER
David P. Oliver,
Attorney for Plaintiff

ORDER FOR EAJA FEES - 2

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org